UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:18-CV-112-EBA

HERSHEL RIFE,                                                                                                 PLAINTIFF,

V.                                             **JUDGMENT**

NATIONWIDE INSURANCE,                                                                      DEFENDANT.

In compliance with Fed.R.Civ.P. 58, and for the reasons stated in the Court's Memorandum Opinion and Order of even date,

IT IS HEREBY ORDERED AND ADJUDGED that:

(1)     Judgment is entered in favor of the defendant; and

(2)     this matter is DISMISSED and STRICKEN from the Court's active docket.

Signed September 27, 2019.

Signed By:
Edward B. Atkins   *EBA*
United States Magistrate Judge